IN THE

COURT OF CRIMINAL APPEALS
OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 24 2015

Abel Acosta, Clerk

No. WR-

THEL NGONG,
    Relator

...ment contains some
pages that are of poor quality
at the time of imaging.

Seeking Mandamus Relief

v.

DISTRICT CLERK

On Collateral Review from 251st District Court
Of Randall County, Texas
In Cause No. W-23534-C2

## RELATOR'S APPLICATION FOR WRIT OF MANDAMUS

Counsel of record for Relator:

HAMIS CHANDE
ID: 1828317
LUTHER UNIT
1800 LUTHER DRIVE
NAVASOTA, TEXAS 77868

(936) 825-7548

Petitioner for Relator

TO THE HONORABLE JUDGES OF SAID COURT:

Now comes THEL CHOK NGONG, Relator, and respectfully files application for writ of mandamus against the District Clerk of Randall County and in support would show the Court the following:

## PRISONER'S COMPLAINT

This court is "bound to interpret [prisoner's] pleadings liberally." Cook v. TDCJ Planning Dept., 37 F. 3d 166, 168 n. 1 (5th Cir. 1994).

## PROCEDURAL HISTORY

On March 27, 2015, Relator's subsequent habeas corpus application was filed with the trial court. On April 29, 2015, Relator filed a "written designation specifying matters for inclusion in clerk's reply" to the court. On June 3, 2015, Relator filed a letter to the court requesting for status of his habeas application. This application followed.

## MERITS

Relator contends that the Randall County District Clerk deprived him of his federal procedural due process right and right to communicate with the trial court about his case specifically, he argues that he attempted to communicate with the trial court in several time so that he could find a status of his application by writing the clerk on April 29 and June 3 of this year, both time the clerk just ignored those request. Relator notes, the State was required to file an answer to his application on or about April 10, 2015. But he does know if, whether the State did file the answer or not, whether the trial court ordered his trial counsel and appellate counsel to respond to his claims or

2

no, and whether his request for an evidentiary hearing was denied or not — to name just a few example. He has been left in vain, to speculate about the status of his case thus violating his right to access to courts.

Indeed, Relator contends that the district clerk denies him completely of his right to communicate with the trial court about his case. In so doing, the district clerk not only deprived him of the right to communicate with the trial court, see TEX. R. APP. P. 9.6, but also deprives him of his constitutional right to obtain a speedy and effective adjudication of his right to *liberation* from illegal restraint. See *Ex parte Kerr*, 64 S.W. 3d 414, 419 (Tex. Crim. App. 2002)(quoting *Blackledge v. Allison*, 431 U.S. 63, 71 (1977))("the very purpose of the writ of habeas corpus [is] to safeguard a person's freedom from detention in violation of constitutional guarantees"); *Johnson v. Avery*, 393 U.S. 483, 485 (1969)(prisoner's right of access to courts may not be denied or obstructed); see also TEX. CODE CRIM. P. art. 1.08 (The writ of habeas corpus is a writ of right and shall never be suspended.).

Under these circumstances explained above, Relator asserts that he has demonstrate that the district clerk denies him of his right to access to courts and an opportunity for a full and fair communication with the trial court, and he is entitled to relief.

Enclosed, Relator attaches a copy of his both "the written designation specifying matters for inclusion in [district] clerk's reply" and "the letter of request for status of the case."

WHEREFORE, PREMISES CONSIDERED, Relator prays that the Court grant his mandamus application and such other and further relief as he may show himself to be justly entitled.

Respectfully Submitted,

3

_(signature)_

Hamis Chande
ID: 1828317
Luther Unit
1800 Luther Dr.
Navasota, Tx 77868

_Petitioner por Relator_

## DECLARATION

I, HAMIS ATHOMAN CHANDE, am the petitioner and being presently incarcerated in LUTHER UNIT, declare under penalty of perjury that, according to my belief, the facts stated in the above mandamus application are true and correct.

Signed on 8/18/15

_(signature)_

Hamis Chande

4

No. W-23534-C2

THEL NGONG,
Applicant

v.

THE STATE OF TEXAS

)
)  IN THE 251ST
)  DISTRICT COURT OF
)  RANDALL COUNTY, TEAS
)
)

APPLICANT'S WRITTEN DESIGNATION
SPECIFYING MATTERS FOR INCLUSION
IN CLERK'S REPLY

TO THE CLERK OF SAID COURT:

Comes now THEL CHOK NGONG, Applicant in the above styled and numbered cause, and pursuant to TEX. CODE CRIM. P. art. 11.07, §7 (2014), respectfully designates the following matters to be included in the Clerk's reply to this request:

1. Whether the State's answer has been filed with the Court in respond to Applicant's habeas application.

2. If so, when did that State's answer was filed with the Court?; and

3. All other pleading relating to this case that has been filed by either Applicant's trial counsel and appellate counsel, or any order made by the Court in this case.

The relevant facts relied upon the above matters in this request are, as follows:

On April 1, 2015, Applicant received a copy of his original subsequent habeas application and his motion for evidentiary hearing from this Court. The copy included also

1

a copy of this Court's proof that Applicant's application and motion was received and filed with Court on [3/27/15] and that the District Attorney has 15 days in which to file an answer. As such, the deadline for the DA to file its answer was on or about [4/10/15]. But, to this day, Applicant has not received a copy of the State's answer, if any, has been filed with the Court. Applicant notes, under Texas law, the Clerk of this Court "shall mail or deliver to [him] a copy of the [State's] answer" when the attorney for the State files. See id. art. 11.07, §7.

WHEREFORE, PREMISES CONSIDERED, Applicant prays that the Clerk of this Honorable Court will provide to him a meaningful answer in this request.

Respectfully Submitted,

Hamis Chande
ID: 1828317
Dalhart Unit
11950 FM 998
Dalhart, Texas 79022-7624
(806) 249-8655

Petitioner for Applicant

April 29, 2015

2

HAMIS CHANDE
ID: 1828317
DALHART UNIT
11950 FM 998
DALHART, TX 79022

June 3, 2015

Randall County District Clerk
2309 Russell Long Blvd
Suite 110
Canyon, Tx 79015

Dear Sir or Madam,

RE: REQUESTING THE STATUS OF THE CASE IN
Ngong v. State, Writ No. W-23534-C2

Refers to the above-entitled. This is a follow-up letter from the request sent to your office on April 29, 2015. To this day, that request has never been answered. In so doing, the Clerk *intentionally* denies Applicant his rights to communicate with the Court guaranteed under Rule 9.6 of the Texas Rules of Appellate Procedure. Therefore, Applicant respectfully requests the status of this case as well as the answer to his previous request for his own records.

Thank you in advance for your attention in this matter.

Truly Yours,

Hamis Chande

*Petitioner for Applicant*